[Cite as *Williams v. Unknown*, 2011-Ohio-4155.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DERRICK WILLIAMS

    Plaintiff

    v.

Case No. 2011-03821-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>UNKNOWN

{¶1} On March 15, 2011, this court issued a Return of Complaint Form/Direction to Complete Form requiring plaintiff to file a corrected complaint naming an appropriate defendant. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the costs of this case.

 

 

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Derrick Williams, #521-685
5701 Burnett Road
Leavittsburg, Ohio 44430

DRB/laa
Filed 5/24/11
Sent to S.C. reporter 8/19/11